## COMPLAINT FORM
(for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT

FOR THE **Southern** DISTRICT OF **Indiana**

**FILED**
03/15/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Full name of plaintiff(s))

**Channing Lamont Scott**

vs

(Full name of defendant(s))

**David Liebel**

Case Number:

2:21-cv-00144-JRS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Ft. Wayne Indiana**, and is located at

   **Putnamville Correctional Facility 1946 West US 40 Greencastle, IN 46135**

   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **David Liebel**
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Indiana Department of Correction 302 W. Washington Street Indianapolis IN. 46204-2738_   (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On August 8, 2020 I was removed from the kosher diet program for changing my religious preference from Hebrew Israelite to Moorish Science. The decision to remove me was made by David Liebel, the Director of Religious Services of the State of Indianas Department of Corrections. I was incarcerated at the Putnamville Correctional Facility located at 1946 West U.S. Highway 40, Greencastle IN.

Complaint – 2

46135.

Complaint – 3

C.   JURISDICTION

[X]   I am suing for a violation of federal law under U.S.C. § 1331.

[X]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$70,000 .

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Compensate me for my pain, suffering & mental anguish in the amount of $75,000

E.   JURY DEMAND

[X] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,

*Channing Scott*
Signature of Plaintiff

123288
Plaintiff's Prisoner ID Number

PUTNAMVILLE CORRECTIONAL FACILITY
1946 West 1150 Greencastle IN. 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

[X] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.