UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHANNING LAMONT SCOTT,           )
                                 )
                    Plaintiff,   )
                                 )
            v.                   )        No. 2:21-cv-00144-JRS-MJD
                                 )
DAVID LIEBEL,                    )
                                 )
                    Defendant.   )

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. This action was dismissed for failure to pay the filing fee and failure to state

a claim upon which relief can be granted. 28 U.S.C. § 1915A.

Date: 6/7/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Channing Lamont Scott
123288
Putnamville Correctional Facility
Electronic Service Participant – Court Only